UNITED STATES DICTRICT COURT
DISTRICT OF NEW JERSEY

RUBEN OUSLEY,

   Plaintiff,

vs.

CHARLES I. TURNER, ESQ.,

   Defendant,

Case No. 2:17-CV-02588-JLL-SCM

PROPOSED ORDER
[D.E. 12 and D.E. 14]

---

It is ORDERED and ADJUDICATED, and for good cause show, that:

a) Plaintiff's Motion to Enter Default Judgment [D.E. 12] ~~should be~~ denied: as moot.

b) Defendant's Motion to Vacate the June 8, 2017 Entry of Default [D.E. 14] be granted;

c) The Court accepts Defendant's Answer to the Complaint.

DATED: October 11, 2017

SO ORDERED
 s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 9/26/17